1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ANDRAS FARKAS, CA Bar #254302
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  MICHAEL W. WERNER

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          ) Case No.  1:12-mj-00176 GSA
                                      )
12                  *Plaintiff*,      ) **STIPULATION AND ORDER TO**
                                      ) **CONTINUE REVIEW HEARING**
13 vs.                                )
                                      )
14 MICHAEL W. WERNER,                 )
                                      )
15                  *Defendant.*      )
                                      )
16 _____   )

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

19 respective attorneys of record herein, that the review hearing in the above-captioned matter now

20 set for March 6, 2014, may be continued to April 17, 2014, at 10:00 a.m.

21      The requested continuance is to give Mr. Werner time to complete his anger management

22 hours.  Special Assistant United States Attorney, Brian Fogerty, has no objection to this request.

23
24 The requested continuance will conserve time and resources for both counsel and the court.  Mr.

25 Werner's unsupervised probation will continue through April 17, 2014.

26 / / /

27 / / /

28 / / /

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: February 26, 2014 | | By: | /s/ *Brian Fogerty*<br>BRIAN A. FOGERTY<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: February 26, 2014 | | By: | /s/ *Andras Farkas*<br>ANDRAS FARKAS<br>Assistant Federal Defender<br>Attorneys for Defendant<br>MICHAEL W. WERNER |

IT IS SO ORDERED.

Dated: **February 27, 2014**

_____
UNITED STATES MAGISTRATE JUDGE