HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar # 254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MICHAEL W. WERNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1:12-MJ-00176 GSA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | TERMINATE UNSUPERVISED PROBATION |
| vs. ) | IN MISDEMEANOR CASE |
| ) | |
| MICHAEL W. WERNER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, BRIAN A. FOGERTY, Special Assistant United States Attorney, counsel for plaintiff, and ANDRAS FARKAS, Assistant Federal Defender, counsel for defendant, MICHAEL W. WERNER, that the term of unsupervised probation imposed at sentencing by the court in this matter, may now be terminated as Mr. Werner has satisfied all conditions of probation.

Mr. Werner was sentenced by this court on October 11, 2012 to a total of $750.00 fine and $20.00 in penalty assessments, ordered to complete 40 hours of anger management classes, and was also placed on an 18-month unsupervised probation.

/ / /

/ / /

/ / /

/ / /

The parties stipulate that Mr. Werner has completed all his sentencing obligations—paid his fine/penalty assessment, completed his anger management classes, and has obeyed all laws, therefore the parties request termination of Mr. Werner's probation at this time.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 3, 2014      /s/ Brian Fogerty
                          BRIAN A. FOGERTY
                          Special Assistant United States Attorney
                          Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: April 3, 2014      /s/ Andras Farkas
                          ANDRAS FARKAS
                          Assistant Federal Defender
                          Attorney for Defendant
                          MICHAEL W. WERNER

**O R D E R**

Pursuant to the stipluation of the parties, the Court has considered the factors under 18 U.S.C. § 3553(a) and finds good cause to terminate early the Defendant's probationary term pursuant to 18 U.S.C. § 3564(c) and hereby discharges the Defendant from his probationary term.

IT IS SO ORDERED.

Dated:   **April 4, 2014**

UNITED STATES MAGISTRATE JUDGE