HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar # 254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MICHAEL W. WERNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-MJ-00176 GSA |
| Plaintiff, | STIPULATION AND ORDER TO VACATE REVIEW HEARING |
| vs. | |
| MICHAEL W. WERNER, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, BRIAN A. FOGERTY, Special Assistant United States Attorney, counsel for plaintiff, and ANDRAS FARKAS, Assistant Federal Defender, counsel for defendant, MICHAEL W. WERNER, that the Review Hearing set for April 17, 2014 be vacated.

   Mr. Werner has completed all his sentencing obligations and his probationary term has been terminated.

///

///

///

///

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  April 9, 2014 | /s/ Brian Fogerty<br>BRIAN A. FOGERTY<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  April 9, 2014 | /s/ Andras Farkas<br>ANDRAS FARKAS<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHAEL W. WERNER |

**O R D E R**

IT IS SO ORDERED.

Dated:  **April 9, 2014**

_____
UNITED STATES MAGISTRATE JUDGE